B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Michigan

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Clark, Robert C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **AKA Bob Clark** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-3566** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **9487 Cedar Island Road White Lake, MI** ZIP Code **48386** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Clark, Robert C | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X /s/ Michael D. Lieberman Mike@lgcpllc.com February 11, 2011

Signature of Attorney for Debtor(s) (Date)

Michael D. Lieberman Mike@lgcpllc.com P38529

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Clark, Robert C**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert C Clark**
Signature of Debtor **Robert C Clark**

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (If not represented by attorney)

**February 11, 2011**
Date

### Signature of Attorney*

X **/s/ Michael D. Lieberman Mike@lgcpllc.com**
Signature of Attorney for Debtor(s)

**Michael D. Lieberman Mike@lgcpllc.com P38529**
Printed Name of Attorney for Debtor(s)

**Lieberman, Gies & Cohen, PLLC**
Firm Name

**30500 Northwestern Highway**
**Suite 307**
**Farmington Hills, MI 48334**

Address

**248-539-5500 Fax: 248-539-5581**
Telephone Number

**February 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

______________________
Printed Name of Authorized Individual

______________________
Title of Authorized Individual

______________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
Signature of Foreign Representative

______________________
Printed Name of Foreign Representative

______________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________
Address

X ______________________

______________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert C Clark**, Debtor

Case No. ______

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 36,346.95 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 25,706.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 56,114.81 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 354,814.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,522.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,516.36 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| | | Total Assets | 36,346.95 | | |
| | | | Total Liabilities | 436,636.14 | |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert C Clark**, Debtor — Case No. ______

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark** , Debtor

Case No. ______________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor Case No. ______________________

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | **150.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase<br>Checking account (No. xxxx6028)** | - | **1,536.94** |
| | | **Chase<br>Savings Account No. xxxxxxxx9109** | - | **60.01** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. furniture, furnishings and related items. Most items are at least 7 years old.<br>Living Room: Sofa, loveseat, television, 2 tables, lamp, sofa table<br>Dining Room: Table, 4 chairs<br>Kitchen: Stove, refrigerator, bar stools (4), dishwasher, microwave, small appliances, pots, pans, utensils, etc.<br>Bedroom: Bed, dresser, chair, computer, television, DVD player, stereo<br>Debtor has 1/2 ownership interest in these items.<br>Total approximate value: $3,500** | - | **1,750.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. decorative items, odds and ends and other items. Nothing of collector value** | - | **600.00** |
| 6. Wearing apparel. | | **Personal clothing** | - | **300.00** |
| 7. Furs and jewelry. | | **Wedding band, bracelet, pinky ring** | - | **600.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Pistol** | - | **300.00** |

Sub-Total > **5,296.95**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark** , Case No. ______________
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **99% membership interest in Clearview Sunrooms of SEMI, LLC** | - | **1,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Receivable from Clearview Sunrooms of SEMI, LLC** | - | **400.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > **1,400.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached to the Schedule of Personal Property


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ______________
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Harley Davidson motorcycle** | - | **5,000.00** |
| | | **2004 Chevy Monte Carlo--Needs repairs to transmission (no equity - to be surrendered) Vehicle repossessed on 1/6/11** | - | **2,000.00** |
| | | **2006 Pontiac Solstice (subject to lien)** | - | **9,500.00** |
| | | **2004 GMC Savana Cargo Van (100,000 miles)** | - | **2,825.00** |
| | | **2006 Ford F150 (subject to lien in excess of value)** | - | **10,025.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Laptop computer** | - | **300.00** |

Sub-Total > **29,650.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Total > **36,346.95**

Sheet **3** of **3** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor    Case No. ______________________

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **<u>Cash on Hand</u>** | | | |
| **Cash on hand** | **11 U.S.C. § 522(d)(5)** | **50.00** | **150.00** |
| **<u>Checking, Savings, or Other Financial Accounts, Certificates of Deposit</u>** | | | |
| **Chase<br>Checking account (No. xxxx6028)** | **11 U.S.C. § 522(d)(5)** | **1,536.94** | **1,536.94** |
| **Chase<br>Savings Account No. xxxxxxxx9109** | **11 U.S.C. § 522(d)(5)** | **0.00** | **60.01** |
| **<u>Household Goods and Furnishings</u>** | | | |
| **Misc. furniture, furnishings and related items. Most items are at least 7 years old.<br>Living Room: Sofa, loveseat, television, 2 tables, lamp, sofa table<br>Dining Room: Table, 4 chairs<br>Kitchen: Stove, refrigerator, bar stools (4), dishwasher, microwave, small appliances, pots, pans, utensils, etc.<br>Bedroom: Bed, dresser, chair, computer, television, DVD player, stereo<br>Debtor has 1/2 ownership interest in these items. Total approximate value: $3,500** | **11 U.S.C. § 522(d)(3)** | **1,750.00** | **1,750.00** |
| **<u>Books, Pictures and Other Art Objects; Collectibles</u>** | | | |
| **Misc. decorative items, odds and ends and other items. Nothing of collector value** | **11 U.S.C. § 522(d)(5)** | **600.00** | **600.00** |
| **<u>Wearing Apparel</u>** | | | |
| **Personal clothing** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **<u>Furs and Jewelry</u>** | | | |
| **Wedding band, bracelet, pinky ring** | **11 U.S.C. § 522(d)(4)** | **600.00** | **600.00** |
| **<u>Firearms and Sports, Photographic and Other Hobby Equipment</u>** | | | |
| **Pistol** | **11 U.S.C. § 522(d)(5)** | **300.00** | **300.00** |
| **<u>Stock and Interests in Businesses</u>** | | | |
| **99% membership interest in Clearview Sunrooms of SEMI, LLC** | **11 U.S.C. § 522(d)(5)** | **1,000.00** | **1,000.00** |
| **<u>Other Liquidated Debts Owing Debtor Including Tax Refund</u>** | | | |
| **Receivable from Clearview Sunrooms of SEMI, LLC** | **11 U.S.C. § 522(d)(5)** | **375.00** | **400.00** |
| **<u>Automobiles, Trucks, Trailers, and Other Vehicles</u>** | | | |
| **1996 Harley Davidson motorcycle** | **11 U.S.C. § 522(d)(5)** | **4,988.00** | **5,000.00** |
| **2006 Pontiac Solstice<br>(subject to lien)** | **11 U.S.C. § 522(d)(2)** | **3,450.00** | **9,500.00** |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2004 GMC Savana Cargo Van (100,000 miles)** | **11 U.S.C. § 522(d)(5)** | **2,825.00** | **2,825.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Laptop computer** | **11 U.S.C. § 522(d)(5)** | **300.00** | **300.00** |
| | Total: | **18,074.94** | **24,321.95** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6572**<br>**Creditor #: 1**<br>**Fifth Third Bank**<br>**MD 1MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | | - | **2006**<br>**Auto loan**<br>**2006 Pontiac Solstice (subject to lien)**<br>Value $ **9,500.00** | | | | **6,026.00** | **0.00** |
| Account No. **xxxx7769**<br>**Creditor #: 2**<br>**Ford Motor Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | | - | **2006**<br>**Auto loan**<br>**2006 Ford F150 (subject to lien in excess of value)**<br>Value $ **10,025.00** | | | | **12,063.55** | **2,038.55** |
| Account No.<br>**Ford Motor Credit Company**<br>**PO Box 105704**<br>**Atlanta, GA 30348** | | | **Representing:**<br>**Ford Motor Credit**<br>Value $ | | | | **Notice Only** | |
| Account No. **xxx-xxxx-x7801**<br>**Creditor #: 3**<br>**GMAC**<br>**Account Inquiry**<br>**P.O. BOX 380901**<br>**Minneapolis, MN 55438-0901** | | - | **08/2007**<br>**Auto loan**<br>**2004 Chevy Monte Carlo--Needs repairs to transmission (no equity - to be surrendered) Vehicle repossessed on 1/6/11**<br>Value $ **2,000.00** | | | | **7,617.17** | **5,617.17** |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | **25,706.72** | **7,655.72** |


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **045911337801**<br>**Ally**<br>**P.O. Box 380903**<br>**Bloomington, MN 55438-0903** | | | **Representing:**<br>**GMAC**<br>Value $ | | | | **Notice Only** | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **25,706.72** | **7,655.72** |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

.

In re **Robert C Clark** , Case No. ____________________
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark** , Case No. ____________
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | **-** | **2009**<br><br>**941 withholding tax** | | | | **Unknown** | **Unknown**<br>**0.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**SBSE/Insolvency Unit**<br>**PO Box 330500, Stop 15**<br>**Detroit, MI 48232** | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| Account No.<br>**Creditor #: 2**<br>**Michigan Department of Treasury**<br>**Collection/Bankruptcy Unit**<br>**PO Box 30168**<br>**Lansing, MI 48909** | **X** | **-** | **2009**<br><br>**Business sales & withholding tax** | | | | **55,046.00** | **0.00**<br>**55,046.00** |
| Account No.<br>**Creditor #: 3**<br>**Scio Township Treasurer**<br>**827 N Zeeb Road**<br>**Ann Arbor, MI 48103** | | **-** | **Business taxes** | | | | **1,068.81** | **0.00**<br>**1,068.81** |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Amount of Claim | Not Entitled / Entitled to Priority |
|---|---|---|
| Subtotal (Total of this page) | **56,114.81** | **0.00**<br>**56,114.81** |
| Total (Report on Summary of Schedules) | **56,114.81** | **0.00**<br>**56,114.81** |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx521-0**<br>**Creditor #: 1**<br>**21st Century Newspapers**<br>**c/o Michael R. Stillman, Esq.**<br>**Stillman Law Office**<br>**7091 Orchard Lake Road, No. 270**<br>**West Bloomfield, MI 48322** | | - | **Potential personal liability for a business debt** | | | | **Unknown** |
| Account No.<br>**Creditor #: 2**<br>**A.D. Flevaris & Sons Construction Corp.**<br>**25205 Inkster Road**<br>**Farmington Hills, MI 48336-2237** | X | - | **Potential personal liability for a business debt** | | | | **5,231.00** |
| Account No.<br>**Creditor #: 3**<br>**Allied Building Products Company**<br>**c/o Steven A. Harms, Esq.**<br>**33233 Woodward Ave.**<br>**Birmingham, MI 48009-0903** | X | - | **2009 and prior**<br>**Potential personal liability for a business debt(judgment)** | | | | **3,298.24** |
| Account No.<br>**Creditor #: 4**<br>**Amante Radiant Supply**<br>**12 Lynton Lane**<br>**Pittsburgh, PA 15202** | X | - | **Potential personal liability for a business debt** | | | | **500.00** |

**24** continuation sheets attached

Subtotal (Total of this page): **9,029.24**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com S/N:38371-110128 Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1003**<br>**Creditor #: 5**<br>**American Express Travel Related Serv**<br>**OA Special Research**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | **X** | **-** | **Credit card purchases NOTE: Notation indicates this is Business Credit Line - but bill is in Debtor's name only-mailed to business address)** | | | | **5,510.51** |
| Account No.<br>**Creditor #: 6**<br>**Ameritech Publishing, Inc.**<br>**c/o Dickinson Wright, PLLC**<br>**500 Woodward Avenue**<br>**Suite 4000**<br>**Detroit, MI 48226-3425** | **X** | **-** | **Potential personal liability for a business debt** | | | | **14,842.57** |
| Account No. **xxxxxxxxx-xx-xx4640**<br>**Creditor #: 7**<br>**Ann Arbor Observer**<br>**c/ Credit Mediators, Inc.**<br>**PO Box 456**<br>**Upper Darby, PA 19082** | **X** | **-** | **02/2010 and prior**<br>**Potential personal liability for a business debt(collection account)** | | | | **976.19** |
| Account No. **xxxx-xxxx-xxxx-xxxx (xxxx7690)**<br>**Creditor #: 8**<br>**Asset Acceptance, LLC**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | **-** | **12/2009**<br>**Collection account for GEMB / Jewelry Express )** | | | | **2,002.00** |
| Account No. **xxxxxxxxxx-x0000**<br>**Creditor #: 9**<br>**AT&T Advertising Solutions**<br>**PO Box 500452**<br>**Saint Louis, MO 63101** | **X** | **-** | **2008**<br>**Potential personal liability for a business debt (advertising / collection account)** | | | | **9,767.20** |

Sheet no. **1** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,098.47**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor  Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**AT&T Advertising Solutions**<br>**One AT&T Center, Suite 3600**<br>**Saint Louis, MO 63101** | | | **Representing:**<br>**AT&T Advertising Solutions** | | | | **Notice Only** |
| Account No.<br>**First Collection Services**<br>**10925 Otter Creek E Blvd**<br>**Mabelvale, AR 72103-1661** | | | **Representing:**<br>**AT&T Advertising Solutions** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 10**<br>**AT&T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL 60197-5017** | **X** | **-** | **Potential personal liability for a business debt** | | | | **30.02** |
| Account No. **xxxx #xxxxxx / xxxx #xx9303**<br>**Creditor #: 11**<br>**Bank of Ann Arbor**<br>**125 S Fifth Avenue**<br>**Ann Arbor, MI 48104** | **X** | **-** | **09/2007**<br>**Personal guaranty of business debt** | | | | **32,114.48** |
| Account No. **xxxxxxxxx-xx-1850**<br>**Creditor #: 12**<br>**Barclays Bank Delaware/MM**<br>**c/o Valentine & Kebartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842** | | **-** | **Collection account** | | | | **2,283.17** |

Sheet no. **2** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **34,427.67**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11327090**<br>**Valentine & Kerbartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842-0625** | | | **Representing:**<br>**Barclays Bank Delaware/MM** | | | | **Notice Only** |
| Account No. **xxxxx4374**<br>**Creditor #: 13**<br>**Barclays Bank of Delaware**<br>**125 South West Street**<br>**Wilmington, DE 19801** | | - | **12/2006**<br>**Credit card purchases** | | | | **2,028.00** |
| Account No.<br>**Card Services - Barclay's**<br>**PO Box 8833**<br>**Wilmington, DE 19899-8833** | | | **Representing:**<br>**Barclays Bank of Delaware** | | | | **Notice Only** |
| Account No.<br>**Valentine & Kerbartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842-0625** | | | **Representing:**<br>**Barclays Bank of Delaware** | | | | **Notice Only** |
| Account No. **xxx #xxxxxx-xxxxx/xxx #xxx1952**<br>**Creditor #: 14**<br>**Botsford Anesthesthesiologist**<br>**PO Box 6400, DWR 641581**<br>**Detroit, MI 48264-0001** | | - | **02/2009**<br>**Medical collection** | | | | **195.30** |

Sheet no. **3** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **2,223.30**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor        Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**MMRG**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | **Representing:**<br>**Botsford Anesthesthesiologist** | | | | **Notice Only** |
| Account No. **xxxxxxxx**<br>**Creditor #: 15**<br>**Botsford General Hospital**<br>**Financial Services**<br>**28050 Grand River Ave.**<br>**Farmington Hills, MI 48336-5933** | | **-** | **2009**<br>**Medical collection** | | | | **172.00** |
| Account No. **xxx xxxxxxxx / xxxx # xxxx8828**<br>**Creditor #: 16**<br>**Botsford General Hospital**<br>**28050 Grand River Avenue**<br>**Farmington, MI 48336-5933** | | **-** | **Medical collection** | | | | **198.33** |
| Account No.<br>**Law Office of George Gusses Co.**<br>**33 S Huron Street**<br>**Toledo, OH 43604-8705** | | | **Representing:**<br>**Botsford General Hospital** | | | | **Notice Only** |
| Account No. **xxxxx0643**<br>**Creditor #: 17**<br>**Botsford Outreach Laboratory**<br>**PO Box 2020**<br>**Ann Arbor, MI 48106-2020** | | **-** | **11/2008**<br>**Medical** | | | | **85.78** |

Sheet no. **4** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **456.11**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 18**<br>**Calvert's Rolloff Containers**<br>**Recycle Ann Arbor**<br>**PO Box 246**<br>**Dexter, MI 48130** | **X** | **-** | **Potential personal liability for a business debt** | | | | **613.00** |
| Account No. **xxxx-xxxx-xxxx-6874**<br>**Creditor #: 19**<br>**Capital One Bank (USA), N.A.**<br>**c/o Shermeta Adams & Von Allmen, PC**<br>**PO Box 5016**<br>**Rochester, MI 48308** | | **-** | **06/2007**<br>**Collection** | | | | **1,623.22** |
| Account No.<br>**Creditor #: 20**<br>**Capital One Bank, N.A.**<br>**Customer Inquiry**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | **-** | **06/2007**<br>**Credit card purchases (charge-off)** | | | | **1,601.00** |
| Account No. **xxxx-xxxx-xxxx-6874**<br>**Creditor #: 21**<br>**Capital One Services, LLC - CT**<br>**PO Box 4909**<br>**Haverhill, MA 01831** | | **-** | **Credit card purchases** | | | | **1,801.51** |
| Account No.<br>**Capital One Bank, N.A.**<br>**Customer Inquiry**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Representing:**<br>**Capital One Services, LLC - CT** | | | | **Notice Only** |

Sheet no. **5** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **5,638.73**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ______________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Nelson, Watson & Associates, LLC**<br>**80 Merrimack Street Lower Level**<br>**Haverhill, NJ 08130** | | | **Representing:**<br>**Capital One Services, LLC - CT** | | | | **Notice Only** |
| Account No. **xxxxx8159**<br>**Creditor #: 22**<br>**Capital One Services, LLC - CT**<br>**c/o Nelson Watson & Associates, LLC**<br>**PO Box 1299**<br>**Haverhill, MA 01831-1799** | | **-** | **Collection account** | | | | **1,451.75** |
| Account No.<br>**Nelson, Watson & Associates, LLC**<br>**80 Merrimack Street Lower Level**<br>**Haverhill, NJ 08130** | | | **Representing:**<br>**Capital One Services, LLC - CT** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx4109**<br>**Creditor #: 23**<br>**CareCredit /GE Money Bank**<br>**Customer Inquiry**<br>**PO Box 981438**<br>**El Paso, TX 79998-1439** | | **-** | **12/2000**<br>**Credit card purchase (charge off)** | | | | **3,263.35** |
| Account No. **xxxx-xxxx-xxxx-6526**<br>**Creditor #: 24**<br>**Chase - Account Inquiries**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | **X** | **-** | **12/2001**<br>**Potential personal liability for a business debt(charge off)** | | | **X** | **11,169.33** |

Sheet no. **6** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **15,884.43**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor  Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** | | | **Representing:**<br>**Chase - Account Inquiries** | | | | **Notice Only** |
| Account No.<br><br>**Northstar Location Services, LLC**<br>**Attn: Financial Services Dept.**<br>**4285 Genesee St.**<br>**Cheektowaga, NY 14225-1943** | | | **Representing:**<br>**Chase - Account Inquiries** | | | | **Notice Only** |
| Account No.<br><br>**Valentine & Kerbartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842-0625** | | | **Representing:**<br>**Chase - Account Inquiries** | | | | **Notice Only** |
| Account No.<br><br>**Valentine & Kerbartas, Inc.**<br>**PO Box 5804**<br>**Troy, MI 48007-5804** | | | **Representing:**<br>**Chase - Account Inquiries** | | | | **Notice Only** |
| Account No. **xxxxxx6528**<br>**Creditor #: 25**<br>**Chase Home Finance, LLC**<br>**(OH4-7302C)**<br>**3415 Vision Drive**<br>**Columbus, OH 43219-6009** | | **-** | **10/2006**<br>**Estimated deficiency balance on personal residence located at:**<br>**9487 Cedar Island Road**<br>**White Lake, MI 48386** | **X** | **X** | **X** | **96,000.00** |

Sheet no. **7** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **96,000.00**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 26**<br>**Chelsea Lumber Company**<br>**1 Old Barn Cicle**<br>**Chelsea, MI 48118** | **X** | **-** | **Potential personal liability for a business debt** | | | | **6,050.75** |
| Account No.<br>**Creditor #: 27**<br>**Chornoby Carpentry & Building Co.**<br>**27835 West 13 Mile Road**<br>**Farmington Hills, MI 48334-3313** | **X** | **-** | **Potential personal liability for a business debt** | | | | **3,298.00** |
| Account No. **xxxxxxxxxxxxxxxx xxxxxxxxxB776**<br>**Creditor #: 28**<br>**CitiBank (SD), NA-Staples Commercial**<br>**Customer Service Center**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** | **X** | **-** | **Potential personal liability for a business debt** | | | | **2,697.84** |
| Account No. **15393766-7765**<br>**United Recovery Systems, LP**<br>**PO Box 722910**<br>**Houston, TX 77272-2910** | | | **Representing:**<br>**CitiBank (SD), NA-Staples Commercial** | | | | **Notice Only** |
| Account No. **x1667**<br>**Creditor #: 29**<br>**Clipper Magazine, LLC**<br>**c/o Law Offices of Joseph H. Powalowski**<br>**721 E Madison, Suite 200**<br>**Villa Park, IL 60181** | **X** | **J** | **04/2010 and prior**<br>**Potential personal liability for a business debt** | | | | **599.98** |

Sheet no. **8** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,646.57**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 30**<br>**Commercial Concepts & Design**<br>**Attn: John Winn**<br>**5277 Jackson Rd**<br>**Suite B**<br>**Ann Arbor, MI 48103-9806** | | **-** | **Various**<br>**Commercial landlord/loan** | | | | **Unknown** |
| Account No.<br>**Creditor #: 31**<br>**CRG Directories**<br>**PO Box 305**<br>**Eaton Rapids, MI 48827** | **X** | **-** | **Potential personal liability for a business debt** | | | | **1,600.97** |
| Account No.<br>**Creditor #: 32**<br>**The Daily Telegram**<br>**133 N Winter Street**<br>**Adrian, MI 49221** | **X** | **-** | **Potential personal liability for a business debt** | | | | **1,028.20** |
| Account No.<br>**Creditor #: 33**<br>**Deluxe Business Checks**<br>**P.O. Box 742572**<br>**Cincinnati, OH 45274** | **X** | **-** | **Potential personal liability for a business debt** | | | | **279.15** |
| Account No.<br>**Creditor #: 34**<br>**Dennis W. Berry & Associates**<br>**American Institute of Building Design**<br>**136 Pleasa...??????** | **X** | **-** | **Potential personal liability for a business debt** | | | | **2,300.00** |

Sheet no. **9** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,208.32**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor    Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx xx. xxxxx1620<br>**Creditor #: 35**<br>**Department 77914**<br>**UofM Hospitals & Health Centers**<br>**PO Box 77000**<br>**Detroit, MI 48277-0914** | | - | **11/08**<br>**Medical** | | | | **59.00** |
| Account No. xxxxxx72-10<br>**Creditor #: 36**<br>**Department Stores National Bank**<br>**Customer Service**<br>**P.O. Box 18008**<br>**Hauppauge, NY 11788-8808** | | - | **Various**<br>**credit card purchases** | | | | **209.99** |
| Account No. 90685372-10<br>**AID Associates Inc. d/b/a Plaza Assoc.**<br>**JAF Station, PO Box 2770**<br>**New York, NY 10116-2770** | | | **Representing:**<br>**Department Stores National Bank** | | | | **Notice Only** |
| Account No.<br>**AID Associates Inc. d/b/a Plaza Assoc.**<br>**370 Seventh Ave.**<br>**New York, NY 10001-3900** | | | **Representing:**<br>**Department Stores National Bank** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 37**<br>**Downriver Refrigeration Supply Co.**<br>**38170 N Executive Drive**<br>**Westland, MI 48185-1972** | X | - | **Potential personal liability for a business debt** | | | | **2,681.13** |

Sheet no. 10 of 24 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,950.12**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ______
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 38**<br>**DSNB/Macy's**<br>**c/o Omni Credit Services of Florida, Inc**<br>**PO Box 23381**<br>**Tampa, FL 33623** | | - | **12/2004**<br>**Credit card purchases (charge off)** | | | | **210.00** |
| Account No.<br>**Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**DSNB/Macy's** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 39**<br>**Equitable Ascent Financial, LLC**<br>**5 Revere Drive, Ste. 510**<br>**Northbrook, IL 60062-1570** | | - | **09/2009**<br>**Collection account** | | | | **5,495.00** |
| Account No. **xxxxxxxxxxxx7167**<br>**Creditor #: 40**<br>**Exxon Mobil/Citibank**<br>**Customer Inquiry**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | X | - | **Potential personal liability for a business debt** | | | | **6,828.39** |
| Account No.<br>**Pro Consulting Services, Inc.**<br>**PO Box 66510**<br>**Houston, TX 77266-6510** | | | **Representing:**<br>**Exxon Mobil/Citibank** | | | | **Notice Only** |

Sheet no. **11** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,533.39**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 41**<br>**Fifth Third Bank**<br>**Customer service MD 1MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263-0001** | **X** | **-** | **Potential personal liability for a business debt** | | | | **501.15** |
| Account No. **xxxx-xxxx-xxxx-2349**<br>**Creditor #: 42**<br>**GE Money Bank / Jewelry Express**<br>**(Billing Inquiries)**<br>**PO Box 981438**<br>**El Paso, TX 79998-1438** | | **-** | **10/2007**<br>**Credit card purchases** | | | | **2,002.00** |
| Account No. **xxx xxxx xxx513 9**<br>**Creditor #: 43**<br>**GEMB / Lowes**<br>**Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | **-** | **09/2007**<br>**Credit card purchases** | | | | **1,934.78** |
| Account No.<br>**GE Money Bank**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | | **Representing:**<br>**GEMB / Lowes** | | | | **Notice Only** |
| Account No.<br>**GE Money Bank (Lowe's)**<br>**PO Box 981064**<br>**El Paso, TX 79998-1064** | | | **Representing:**<br>**GEMB / Lowes** | | | | **Notice Only** |

Sheet no. **12** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **4,437.93**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor    Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Leading Edge Recovery Solutions LLC**<br>**5440 N. Cumberland Ave.**<br>**Suite 300**<br>**Chicago, IL 60656-1490** | | | **Representing:**<br>**GEMB / Lowes** | | | | **Notice Only** |
| Account No.<br>**Leading Edge Recovery Solutions, LLC**<br>**PO Box 129**<br>**Linden, MI 48451-0129** | | | **Representing:**<br>**GEMB / Lowes** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 44**<br>**GLS Companies**<br>**6845 Winnetka Circle**<br>**Minneapolis, MN 55428** | **X** | **-** | **Potential personal liability for a business debt** | | | | **467.66** |
| Account No.<br>**Creditor #: 45**<br>**Henry Ford**<br>**PO Box 550115**<br>**Detroit, MI 48255-0115** | **X** | **-** | **Potential personal liability for a business debt** | | | | **2,571.28** |
| Account No.<br>**Creditor #: 46**<br>**Heritage Newspapers**<br>**One Heritage Place, Suite 100**<br>**Southgate, MI 48195** | **X** | **-** | **Potential personal liability for a business debt** | | | | **1,716.08** |

Sheet no. **13** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,755.02**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor    Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-9185<br>**Creditor #: 47**<br>**HSBC Bank Nevada, N.A.**<br>**c/o Shermeta Adams & VonAllmen, P.C.**<br>**PO Box 5016**<br>**Rochester, MI 48308** | X | - | **02/2006**<br>**Credit card purchases (collection account)** | | | | 6,053.95 |
| Account No.<br>**Law Offices of James A. West, P.C.**<br>**6380 Rogerdale Road, Suite 130**<br>**Houston, TX 77072-1624** | | | **Representing:**<br>**HSBC Bank Nevada, N.A.** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx5996<br>**Creditor #: 48**<br>**HSBC Bank/Best Buy**<br>**Account Inquiries**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | X | - | **Potential personal liability for a business debt (bill came in Robert Clark's name - not company name)** | | | | 2,411.15 |
| Account No.<br>**LDG Financial Services, LLC**<br>**7001 Peachtree Industrial Blvd**<br>**Suite 320**<br>**Norcross, GA 30092** | | | **Representing:**<br>**HSBC Bank/Best Buy** | | | | **Notice Only** |
| Account No.<br>**Oxford Management Services**<br>**P.O. Box 1991**<br>**Southgate, MI 48195** | | | **Representing:**<br>**HSBC Bank/Best Buy** | | | | **Notice Only** |

Sheet no. 14 of 24 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,465.10**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Oxford Management Services**<br>**4180 Okeechobee Road**<br>**Fort Pierce, FL 34947** | | | **Representing:**<br>**HSBC Bank/Best Buy** | | | | **Notice Only** |
| Account No.<br>**United Recovery Systems, LP**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | | **Representing:**<br>**HSBC Bank/Best Buy** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 49**<br>**Lee Wholesale Supply**<br>**c/o CTC Resources, LLC**<br>**56 Perimeter Center East**<br>**Atlanta, GA 30346** | **X** | **-** | **Potential personal liability for a business debt** | | | | **692.26** |
| Account No. **xxxxxxxxxxxx1246**<br>**Creditor #: 50**<br>**Lowe's**<br>**GE Money Bank**<br>**Attn: Bankruptcy Dept**<br>**PO BOX 103104**<br>**Roswell, GA 30076** | **X** | **-** | **Personal guaranty of business debt** | | | | **4,382.00** |
| Account No.<br>**Academy Collection Service, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154-3210** | | | **Representing:**<br>**Lowe's** | | | | **Notice Only** |

Sheet no. **15** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,074.26**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ______
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Encore Receivable Management**<br>**400 N Rogers Road**<br>**PO Box 3330**<br>**Olathe, KS 66063-3330** | | | **Representing:**<br>**Lowe's** | | | | **Notice Only** |
| Account No.<br>**Encore Receivable Management, Inc.**<br>**PO Box 47248**<br>**Oak Park, MI 48237** | | | **Representing:**<br>**Lowe's** | | | | **Notice Only** |
| Account No.<br>**GE Capital Financial, Inc.**<br>**PO Box 981064**<br>**El Paso, TX 79998-1064** | | | **Representing:**<br>**Lowe's** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 51**<br>**Monthly Shoppers**<br>**1203 N Milford Road**<br>**Milford, MI 48381** | **X** | **-** | **Potential personal liability for a business debt** | | | | **953.00** |
| Account No. **xx-xxx-xxxxxx2504**<br>**Creditor #: 52**<br>**National City**<br>**PO Box 856153**<br>**Louisville, KY 40285-6153** | | **-** | **2007**<br>**2001 Four Winns 180 Horizen and trailer**<br>**(repossessed June 4, 2009 ~ not yet sold)** | | | | **17,354.96** |

Sheet no. **16** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,307.96**


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**National City**<br>**PO Box 5570**<br>**Cleveland, OH 44101-0570** | | | **Representing:**<br>**National City** | | | | **Notice Only** |
| Account No.<br>**SRA Associates, Inc.**<br>**401 Minnetonka Rd.**<br>**Hi Nella, NJ 08083** | | | **Representing:**<br>**National City** | | | | **Notice Only** |
| Account No.<br>**SRA Associates, Inc.**<br>**Dept. 1607**<br>**PO Box 4115**<br>**Concord, CA 94524** | | | **Representing:**<br>**National City** | | | | **Notice Only** |
| Account No.<br>**Weltman Weinberg & Reis Co., LPA**<br>**323 W Lakeside Ave., Ste. 200**<br>**Cleveland, OH 44113-1099** | | | **Representing:**<br>**National City** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx**<br>**Creditor #: 53**<br>**National City**<br>**Customer Service**<br>**LOC#16-0928**<br>**P.O. Box182354**<br>**Columbus, OH 43218-2354** | | - | **11/2001** | | | | **18,522.00** |

Sheet no. **17** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,522.00**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor — Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 54**<br>**Newcomers Welcome Service**<br>**900 Victors Way, Ste. 200**<br>**Ann Arbor, MI 48108** | | - | **2008 and prior**<br>**Services** | | | | **223.05** |
| Account No.<br>**Creditor #: 55**<br>**Oakland Press**<br>**c/o John F. Muller, Jr., Esq.**<br>**33233 Woodward Avenue**<br>**Birmingham, MI 48009** | | - | **2009 and prior**<br>**Potential personal liability for a business debt(collection account)** | | | | **2,114.31** |
| Account No.<br>**Creditor #: 56**<br>**Oakland Press**<br>**Muller, Muller, Richmond, Harms & Myers**<br>**33233 Woodward**<br>**Box 3026**<br>**Birmingham, MI 48012-3026** | X | - | **Potential personal liability for a business debt** | | | | **2,364.31** |
| Account No.<br>**Creditor #: 57**<br>**Observer & Eccentric & Mirror**<br>**36251 Schoolcraft**<br>**Livonia, MI 48150** | X | - | **Potential personal liability for a business debt** | | | | **3,500.00** |
| Account No.<br>**Creditor #: 58**<br>**Ole Town Plumbing Company**<br>**3880 Trade Center Drive**<br>**Ann Arbor, MI 48108** | X | - | **Potential personal liability for a business debt** | | | | **1,780.75** |

Sheet no. **18** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **9,982.42**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ______
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6855**<br>**Creditor #: 59**<br>**Pitney Bowes**<br>**c/o Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** | X | - | **Potential personal liability for a business debt (collection account)** | | | | **9,232.17** |
| Account No.<br>**Creditor #: 60**<br>**Pitney Bowes**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | X | - | **Potential personal liability for a business debt** | | | X | **995.34** |
| Account No. **xx3486**<br>**Creditor #: 61**<br>**Pitney Bowes Bank**<br>**c/o Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | X | - | **Personal guaranty of business debt** | | | | **7,690.45** |
| Account No. **xxx xxxxxx1-001**<br>**Creditor #: 62**<br>**Pitney Bowes Global Fin. Serv.**<br>**c/o LTD FInancial Services, LP**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | X | - | **Potential personal liability for a business debt** | | | | **975.54** |
| Account No.<br>**Creditor #: 63**<br>**Polo Fields Golf & Country Club**<br>**5200 Polo Fields Drive**<br>**Ann Arbor, MI 48103** | X | - | **Potential personal liability for a business debt** | | | | **2,627.95** |

Sheet no. **19** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,521.45**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx0247<br>**Creditor #: 64**<br>**Quill Corporation**<br>**c/o Goodwin & Bryan, LLP**<br>**PO Box 26094**<br>**Cleveland, OH 44126-3162** | X | - | **05/2009 and prior**<br>**Personal guaranty of business debt (collection account)** | | | | **372.31** |
| Account No. x-xx3497<br>**Creditor #: 65**<br>**Recycle Ann Arbor**<br>**c/o Leikin Ingber & Winters, PC**<br>**3000 Town Center, Suite 2390**<br>**Southfield, MI 48075-1387** | X | - | **2009 and prior**<br>**Personal guaranty of business debt** | | | | **613.00** |
| Account No.<br>**Ann Arbor Credit Bureau**<br>**311 N. Main Street**<br>**Ann Arbor, MI 48104** | | | **Representing:**<br>**Recycle Ann Arbor** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 66**<br>**Richard Brothers Properties, LLC**<br>**4720 Clear Lake Shore Drive**<br>**Grass Lake, MI 49240-9240** | X | - | **Potential personal liability for a business debt** | | | | **732.16** |
| Account No. xxxxx #xxxxxxxxx-xxx #xxx5919<br>**Creditor #: 67**<br>**Secura Insurance/COMMERCIAL**<br>**c/o Slater Tenaglia Fritz & Hunt, P.A.**<br>**PO Box 5476**<br>**Mount Laurel, NJ 08054** | X | - | **2010 and prior**<br>**Personal guaranty of business debt (collection account)** | | | | **1,327.50** |

Sheet no. **20** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **3,044.97**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**RMS**<br>**1250 E Diehl Road, Ste. 300**<br>**PO Box 3100**<br>**Naperville, IL 60563** | | | **Representing:**<br>**Secura Insurance/COMMERCIAL** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 68**<br>**Siding World**<br>**30625 W Eight Mile Road**<br>**Livonia, MI 48152** | **X** | **-** | **Potential personal liability for a business debt** | | | | **1,203.94** |
| Account No. **4374**<br>**Creditor #: 69**<br>**Spirit Airlines**<br>**Card Services**<br>**PO Box 13337**<br>**Philadelphia, PA 19101-3337** | | **-** | **Credit card purchases** | | | | **1,972.52** |
| Account No.<br>**Card Services - Best Western**<br>**PO Box 8833**<br>**Wilmington, DE 19899-8833** | | | **Representing:**<br>**Spirit Airlines** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 6632**<br>**Creditor #: 70**<br>**Staples**<br>**500 Corporate Drive**<br>**Framingham, MA 01702** | **X** | **J** | **Potential personal liability for a business debt (joint with Tammie Clark)** | | | | **2,616.23** |

Sheet no. **21** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,792.69**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor    Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Staples Credit Plan**<br>**Dept. 51 - 7819456632**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | | | **Representing:**<br>**Staples** | | | | **Notice Only** |
| Account No. **xxxxxx**<br>**Creditor #: 71**<br>**Tri-County Urologists**<br>**25500 Meadowbrook Road**<br>**Suite 225**<br>**Novi, MI 48375** | | **-** | **2009**<br>**Medical collection** | | | | **102.00** |
| Account No. **xxxx-xxxx-xxxx-5968**<br>**Creditor #: 72**<br>**US Bank**<br>**Cardmember Service**<br>**PO Box 790084**<br>**Saint Louis, MO 63179-0084** | **X** | **-** | **02/2009**<br>**Potential personal liability for a business debt (charge off)** | | | | **11,498.45** |
| Account No.<br>**Ace Creditors Exchange**<br>**PO Box 33130**<br>**Phoenix, AZ 85067-3313** | | | **Representing:**<br>**US Bank** | | | | **Notice Only** |
| Account No. **011596974**<br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd.**<br>**Saint Charles, MO 63301-4047** | | | **Representing:**<br>**US Bank** | | | | **Notice Only** |

Sheet no. **22** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,600.45**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor    Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 73**<br>**Verizon Wireless**<br>**Customer Service**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | **X** | **-** | **Potential personal liability for a business debt** | | | | **310.00** |
| Account No. **xxxxx8276**<br>**Creditor #: 74**<br>**Victoria's Secret**<br>**P.O. Box 659725**<br>**San Antonio, TX 78265-9725** | | **-** | **Credit card purchaes** | | | | **763.98** |
| Account No.<br>**NCO Financial Systems, Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**Victoria's Secret** | | | | **Notice Only** |
| Account No.<br>**NCO Financial Systems, Inc.**<br>**PO Box 4909**<br>**Dept. 22**<br>**Trenton, NJ 08650-4909** | | | **Representing:**<br>**Victoria's Secret** | | | | **Notice Only** |
| Account No.<br>**WFNNB - Victoria's Secret**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | | **Representing:**<br>**Victoria's Secret** | | | | **Notice Only** |

Sheet no. **23** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,073.98**



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor        Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 75**<br>**Waste Management of Michigan**<br>**c/o RMS**<br>**4836 Brecksville Road**<br>**PO Box 523** | **X** | **-** | **Potential personal liability for a business debt** | | | | **477.84** |
| Account No.<br>**Creditor #: 76**<br>**Yellow Book**<br>**PO Box 14482**<br>**Des Moines, IA 50306-3482** | **X** | **-** | **Potential personal liability for a business debt** | | | | **10,035.01** |
| Account No.<br>**Creditor #: 77**<br>**Yellow Pages Connect**<br>**5540 Centerview Drive, #200**<br>**Raleigh, NC 27605** | **X** | **-** | **Potential personal liability for a business debt** | | | | **307.24** |
| Account No. **xxx4430**<br>**Creditor #: 78**<br>**Yellow Transportation, Inc. (YRC, Inc.)**<br>**c/o Law Offices of FitzGerald & Bemis**<br>**6942 Ed Perkic Street, Suite B**<br>**Riverside, CA 92504** | **X** | **-** | **2009 and prior**<br>**Potential personal liability for a business debt**<br>**(collection account)** | | | | **1,319.94** |
| Account No. | | | | | | | |

Sheet no. **24** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **12,140.03** |
| Total (Report on Summary of Schedules) | **354,814.61** |



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Robert C Clark** , Debtor    Case No. ____________

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor Case No. ______________________

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Clipper Magazine, LLC<br>c/o Law Offices of Joseph H. Powalowski<br>721 E Madison, Suite 200<br>Villa Park, IL 60181** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Ann Arbor Observer<br>c/ Credit Mediators, Inc.<br>PO Box 456<br>Upper Darby, PA 19082** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Quill Corporation<br>c/o Goodwin & Bryan, LLP<br>PO Box 26094<br>Cleveland, OH 44126-3162** |
| **Clear View Sunrooms of SE MI<br>6055 Jackson Road<br>Ann Arbor, MI 48103** | **Yellow Transportation, Inc. (YRC, Inc.)<br>c/o Law Offices of FitzGerald & Bemis<br>6942 Ed Perkic Street, Suite B<br>Riverside, CA 92504** |
| **Clear View Sunrooms of SE MI<br>6055 Jackson Road<br>Ann Arbor, MI 48103** | **Secura Insurance/COMMERCIAL<br>c/o Slater Tenaglia Fritz & Hunt, P.A.<br>PO Box 5476<br>Mount Laurel, NJ 08054** |
| **Clear View Sunrooms of SE MI<br>6055 Jackson Road<br>Ann Arbor, MI 48103** | **AT&T Advertising Solutions<br>PO Box 500452<br>Saint Louis, MO 63101** |
| **Clear View Sunrooms of SE MI<br>6055 Jackson Road<br>Ann Arbor, MI 48103** | **Recycle Ann Arbor<br>c/o Leikin Ingber & Winters, PC<br>3000 Town Center, Suite 2390<br>Southfield, MI 48075-1387** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Pitney Bowes Bank<br>c/o Allen Maxwell & Silver<br>190 Sylvan Avenue<br>Englewood Cliffs, NJ 07632** |
| **Clear View Sunrooms of SE MI<br>6055 Jackson Road<br>Ann Arbor, MI 48103** | **American Express Travel Related Serv<br>OA Special Research<br>PO Box 981540<br>El Paso, TX 79998-1540** |

**5** continuation sheets attached to Schedule of Codebtors



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor

Case No. ______________________

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clear View Sunrooms of SE MI**<br>**6055 Jackson Road**<br>**Ann Arbor, MI 48103** | **HSBC Bank Nevada, N.A.**<br>**c/o Shermeta Adams & VonAllmen, P.C.**<br>**PO Box 5016**<br>**Rochester, MI 48308** |
| **Clear View Sunrooms of SE MI**<br>**5245 Jackson Road**<br>**Suite F**<br>**Ann Arbor, MI 48103-1870** | **Staples**<br>**500 Corporate Drive**<br>**Framingham, MA 01702** |
| **Clear View Sunrooms of SE MI**<br>**6055 Jackson Road**<br>**Ann Arbor, MI 48103** | **Exxon Mobil/Citibank**<br>**Customer Inquiry**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** |
| **Clear View Sunrooms of SE MI**<br>**6055 Jackson Road**<br>**Ann Arbor, MI 48103** | **Lowe's**<br>**GE Money Bank**<br>**Attn: Bankruptcy Dept**<br>**PO BOX 103104**<br>**Roswell, GA 30076** |
| **Clear View Sunrooms of SE MI**<br>**6055 Jackson Road**<br>**Ann Arbor, MI 48103** | **US Bank**<br>**Cardmember Service**<br>**PO Box 790084**<br>**Saint Louis, MO 63179-0084** |
| **Clear View Sunrooms of SE MI**<br>**6055 Jackson Road**<br>**Suite 1**<br>**Ann Arbor, MI 48103** | **Chase - Account Inquiries**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Clear View Sunrooms of SE MI**<br>**5245 Jackson Road**<br>**Suite F**<br>**Ann Arbor, MI 48103-1870** | **HSBC Bank/Best Buy**<br>**Account Inquiries**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Clear View Sunrooms of SE MI**<br>**6055 Jackson Road**<br>**Ann Arbor, MI 48103** | **Bank of Ann Arbor**<br>**125 S Fifth Avenue**<br>**Ann Arbor, MI 48104** |
| **Clear View Sunrooms of SE MI**<br>**5245 Jackson Road**<br>**Suite F**<br>**Ann Arbor, MI 48103-1870** | **Pitney Bowes**<br>**c/o Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** |
| **Clear View Sunrooms of SE MI**<br>**5245 Jackson Road**<br>**Suite F**<br>**Ann Arbor, MI 48103-1870** | **Pitney Bowes Global Fin. Serv.**<br>**c/o LTD FInancial Services, LP**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** |

Sheet **1** of **5** continuation sheets attached to the Schedule of Codebtors



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor

Case No. ______________________

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **CitiBank (SD), NA-Staples Commercial<br>Customer Service Center<br>PO Box 6500<br>Sioux Falls, SD 57117-6500** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Ameritech Publishing, Inc.<br>c/o Dickinson Wright, PLLC<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226-3425** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Allied Building Products Company<br>c/o Steven A. Harms, Esq.<br>33233 Woodward Ave.<br>Birmingham, MI 48009-0903** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **A.D. Flevaris & Sons Construction Corp.<br>25205 Inkster Road<br>Farmington Hills, MI 48336-2237** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Amante Radiant Supply<br>12 Lynton Lane<br>Pittsburgh, PA 15202** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **AT&T Long Distance<br>PO Box 5017<br>Carol Stream, IL 60197-5017** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Calvert's Rolloff Containers<br>Recycle Ann Arbor<br>PO Box 246<br>Dexter, MI 48130** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Chelsea Lumber Company<br>1 Old Barn Cicle<br>Chelsea, MI 48118** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Chornoby Carpentry & Building Co.<br>27835 West 13 Mile Road<br>Farmington Hills, MI 48334-3313** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **CRG Directories<br>PO Box 305<br>Eaton Rapids, MI 48827** |


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor — Case No. ____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Deluxe Business Checks<br>P.O. Box 742572<br>Cincinnati, OH 45274** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Dennis W. Berry & Associates<br>American Institute of Building Design<br>136 Pleasa...??????** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Downriver Refrigeration Supply Co.<br>38170 N Executive Drive<br>Westland, MI 48185-1972** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Fifth Third Bank<br>Customer service MD 1MOC2G-4050<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263-0001** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **GLS Companies<br>6845 Winnetka Circle<br>Minneapolis, MN 55428** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Henry Ford<br>PO Box 550115<br>Detroit, MI 48255-0115** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Heritage Newspapers<br>One Heritage Place, Suite 100<br>Southgate, MI 48195** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Lee Wholesale Supply<br>c/o CTC Resources, LLC<br>56 Perimeter Center East<br>Atlanta, GA 30346** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Monthly Shoppers<br>1203 N Milford Road<br>Milford, MI 48381** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Oakland Press<br>Muller, Muller, Richmond, Harms & Myers<br>33233 Woodward<br>Box 3026<br>Birmingham, MI 48012-3026** |

Sheet **3** of **5** continuation sheets attached to the Schedule of Codebtors


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark**, Debtor

Case No. ______________________

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Observer & Eccentric & Mirror<br>36251 Schoolcraft<br>Livonia, MI 48150** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Ole Town Plumbing Company<br>3880 Trade Center Drive<br>Ann Arbor, MI 48108** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Pitney Bowes<br>PO Box 856042<br>Louisville, KY 40285-6042** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Polo Fields Golf & Country Club<br>5200 Polo Fields Drive<br>Ann Arbor, MI 48103** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Richard Brothers Properties, LLC<br>4720 Clear Lake Shore Drive<br>Grass Lake, MI 49240-9240** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Siding World<br>30625 W Eight Mile Road<br>Livonia, MI 48152** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **The Daily Telegram<br>133 N Winter Street<br>Adrian, MI 49221** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Verizon Wireless<br>Customer Service<br>777 Big Timber Road<br>Elgin, IL 60123** |
| **Clear View Sunrooms of SE MI<br>5245 Jackson Road<br>Suite F<br>Ann Arbor, MI 48103-1870** | **Waste Management of Michigan<br>c/o RMS<br>4836 Brecksville Road<br>PO Box 523** |


Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark** , Debtor

Case No. ______________________

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clear View Sunrooms of SE MI**<br>**5245 Jackson Road**<br>**Suite F**<br>**Ann Arbor, MI 48103-1870** | **Yellow Book**<br>**PO Box 14482**<br>**Des Moines, IA 50306-3482** |
| **Clear View Sunrooms of SE MI**<br>**5245 Jackson Road**<br>**Suite F**<br>**Ann Arbor, MI 48103-1870** | **Yellow Pages Connect**<br>**5540 Centerview Drive, #200**<br>**Raleigh, NC 27605** |

Sheet **5** of **5** continuation sheets attached to the Schedule of Codebtors



Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Robert C Clark** Debtor(s) Case No. ____________

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Married** | **Step daughter**<br>**Step daughter** | **19**<br>**23** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Franchise owner** | |
| Name of Employer | **Clear View Sunrooms of SE Michigan** | |
| How long employed | **4 years** | |
| Address of Employer | **6055 Jackson Road**<br>**Ann Arbor, MI 48103** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **3,522.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **3,522.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **N/A** |
| b. Insurance | $ **0.00** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,522.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,522.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,522.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Non-filing spouse will be attempting to return to work part-time (out with cancer since July 2008)**

In re **Robert C Clark** Case No. ______
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 750.00 |
| a. Are real estate taxes included? Yes ___ No X | |
| b. Is property insurance included? Yes ___ No X | |
| 2. Utilities: a. Electricity and heating fuel | $ 220.55 |
| b. Water and sewer | $ 76.75 |
| c. Telephone | $ 143.00 |
| d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 510.33 |
| 5. Clothing | $ 52.58 |
| 6. Laundry and dry cleaning | $ 32.67 |
| 7. Medical and dental expenses | $ 286.50 |
| 8. Transportation (not including car payments) | $ 77.75 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 15.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 74.50 |
| b. Life | $ 151.73 |
| c. Health | $ 848.00 |
| d. Auto | $ 68.00 |
| e. Other AAA | $ 9.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 150.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,516.36 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 3,522.00 |
| b. Average monthly expenses from Line 18 above | $ 3,516.36 |
| c. Monthly net income (a. minus b.) | $ 5.64 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert C Clark** Debtor(s)

Case No.

Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **47** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 11, 2011** Signature: **/s/ Robert C Clark**
Debtor

Date ______ Signature: ______
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X ______

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ______ Signature: ______

[Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert C Clark** Debtor(s) Case No. Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,000.00** | **2011 -- Income from employment estimated through 2/11/11** |
| **$42,261.50** | **2010 - Income (approximate)** |
| **$32,000.00** | **2009 - Income (debtor)** |
| **$14,144.00** | **2008 - Income (joint w/non filing spouse)** |
| **$28,704.00** | **2008 - Business income** |
| **$0.00** | **2008 - IRS Line 17: Rental of real estate, etc. (loss of $257,311)** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 - Real estate rental (loss $137,977) (Debtor)** |
| **$108.00** | **2009 - Ordinary dividends (Debtor)** |
| **$0.00** | **2009 - Net operating loss ($214,463) (Debtor)** |
| **$108.00** | **2O08 - Ordinary dividends (joint w/non filing spouse)** |
| **$3,878.00** | **2008 - Taxable refunds (joint w/non filing spouse)** |
| **$108.00** | **2008 - Dividends (joint w/non-filing spouse)** |
| **$0.00** | **2008 - Rental real estate (loss $257,311) (joint w/non filing spouse)** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allied Building Products, Company vs. Clear View Sunrooms of Southeastern Michigan, LLC and Robert C. Clark 09-C00839-GC** | **Collection** | **52-2nd District Court 5850 Lorac Clarkston, MI 48347** | **Judgment entered 03/30/2009** |
| **Capital One Bank (USA), N.A. vs. Robert C. Clark 52-2 District Court Case No. 10CO2629GC** | **Breach of contract** | **52-2nd District Court 5850 Lorac Clarkston, MI 48347** | **Default** |
| **HSBC Nevada, N.A. vs. Robert C. Clark 09-3237-GC** | **Collection** | **15th District Court 101 E Huron Street PO Box 8650 Ann Arbor, MI 48107** | **Judgment entered** |
| **Oakland Press vs. Four Seasons Sunrooms Ann Arbor 15th Judicial District Court Case No. CIV 08-3563-GC** | **Collection** | **15th District Court 101 E Huron Street PO Box 8650 Ann Arbor, MI 48107** | **Judgment** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Allied Building Supplies c/o Muller Muller Richmond Harms Myers, PC 33233 Woodward Ave. / PO Box 3026 Birmingham, MI 48012** | **June 24, 2009** | **2001 Four Winns Boat & Trailer** |
| **MERS c/o Trott & Trott, P.C. 31440 Northwestern Hwy., Ste. 200 Farmington Hills, MI 48334-2525** | **April 27, 2010** | **Foreclosure sale re: Residence located at 9487 Cedar Island Road, White Lake, MI 48386. Sale price: $80,100.00. Redemption expired 10/27/10.** |
| **GMAC Account Inquiry P.O. BOX 380901 Minneapolis, MN 55438-0901** | **1/6/11** | **2004 Chevy Monte Carlo Vehicle repossessed on 1/6/11** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lieberman, Gies & Cohen PLLC**<br>**30500 Northwestern Hwy.**<br>**Suite 307**<br>**Farmington Hills, MI 48334** | **May 11, 2010**<br>**May 21, 2010** | **$2,000.00**<br>**$1,799.00** |
| **GreenPath, Inc.**<br>**38505 Country Club Drive**<br>**Suite 210**<br>**Farmington, MI 48331-3429** | **12/29/10** | **$50.00** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF Bank**<br>**Waterford, MI** | **Checking account** | **$20.00 (final balance)**<br>**February 2010 (closed)** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **TCF Bank**<br>**Waterford, MI** | **February 2010** | **$20.00** |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Clear View Sun Rooms of** | **38-3705909** | **Southeast Michigan, LLC<br>6055 Jackson Road<br>Ann Arbor, MI 48103** | **Retail sale of sunrooms and windows** | **May 2004 - present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Walter A. Holdan, CPA<br>Holdan Eperjesy Sepesi & Associates<br>42657 Garfield Road, Ste. 219<br>Clinton Township, MI 48038-5023** | **1004 - present** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **February 11, 2011** Signature **/s/ Robert C Clark**
**Robert C Clark**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert C Clark** Debtor(s)

Case No. ______
Chapter **7**

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.
2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

[ ] **FLAT FEE**

A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . ______

C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

[ **X** ] **RETAINER**

A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3,500.00**

B. The undersigned shall bill against the retainer at an hourly rate of $ **295.00** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **299.00** of the filing fee has been paid.
4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
~~E. Reaffirmations;~~
~~F. Redemptions;~~
G. Other:

**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation of the Debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding or contested matter.**

6. The source of payments to the undersigned was from:

A. **XX** Debtor(s)' earnings, wages, compensation for services performed
B. ______ Other (describe, including the identity of payor) ______

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **February 11, 2011**

**/s/ Michael D. Lieberman Mike@lgcpllc.com**
Attorney for the Debtor(s)
**Michael D. Lieberman Mike@lgcpllc.com**
**P38529**
**Lieberman, Gies & Cohen, PLLC**
**30500 Northwestern Highway**
**Suite 307**
**Farmington Hills, MI 48334**
**248-539-5500**

Agreed: **/s/ Robert C Clark**
**Robert C Clark**
Debtor

Debtor

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert C Clark**
Debtor(s)

Case No.
Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert C Clark**
Printed Name(s) of Debtor(s)

X **/s/ Robert C Clark** **February 11, 2011**
Signature of Debtor Date

Case No. (if known)

X

Signature of Joint Debtor (if any) Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re **Robert C Clark** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 11, 2011**

**/s/ Robert C Clark**
**Robert C Clark**
Signature of Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

21st Century Newspapers
c/o Michael R. Stillman, Esq.
Stillman Law Office
7091 Orchard Lake Road, No. 270
West Bloomfield, MI 48322

A.D. Flevaris & Sons Construction Corp.
25205 Inkster Road
Farmington Hills, MI 48336-2237

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

Ace Creditors Exchange
PO Box 33130
Phoenix, AZ 85067-3313

AID Associates Inc. d/b/a Plaza Assoc.
JAF Station, PO Box 2770
New York, NY 10116-2770

AID Associates Inc. d/b/a Plaza Assoc.
370 Seventh Ave.
New York, NY 10001-3900

Allied Building Products Company
c/o Steven A. Harms, Esq.
33233 Woodward Ave.
Birmingham, MI 48009-0903

Ally
P.O. Box 380903
Bloomington, MN 55438-0903

Amante Radiant Supply
12 Lynton Lane
Pittsburgh, PA 15202

American Express Travel Related Serv
OA Special Research
PO Box 981540
El Paso, TX 79998-1540

Ameritech Publishing, Inc.
c/o Dickinson Wright, PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

Ann Arbor Credit Bureau
311 N. Main Street
Ann Arbor, MI 48104

Ann Arbor Observer
c/ Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090-2036

AT&T Advertising Solutions
PO Box 500452
Saint Louis, MO 63101

AT&T Advertising Solutions
One AT&T Center, Suite 3600
Saint Louis, MO 63101

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017

Bank of Ann Arbor
125 S Fifth Avenue
Ann Arbor, MI 48104

Barclays Bank Delaware/MM
c/o Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842

Barclays Bank of Delaware
125 South West Street
Wilmington, DE 19801

Botsford Anesthesthesiologist
PO Box 6400, DWR 641581
Detroit, MI 48264-0001

Botsford General Hospital
Financial Services
28050 Grand River Ave.
Farmington Hills, MI 48336-5933

Botsford General Hospital
28050 Grand River Avenue
Farmington, MI 48336-5933

Botsford Outreach Laboratory
PO Box 2020
Ann Arbor, MI 48106-2020

Calvert's Rolloff Containers
Recycle Ann Arbor
PO Box 246
Dexter, MI 48130

Capital One Bank (USA), N.A.
c/o Shermeta Adams & Von Allmen, PC
PO Box 5016
Rochester, MI 48308

Capital One Bank, N.A.
Customer Inquiry
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Services, LLC - CT
PO Box 4909
Haverhill, MA 01831

Capital One Services, LLC - CT
c/o Nelson Watson & Associates, LLC
PO Box 1299
Haverhill, MA 01831-1799

Card Services - Barclay's
PO Box 8833
Wilmington, DE 19899-8833

Card Services - Best Western
PO Box 8833
Wilmington, DE 19899-8833

CareCredit /GE Money Bank
Customer Inquiry
PO Box 981438
El Paso, TX 79998-1439

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase - Account Inquiries
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Home Finance, LLC (OH4-7302C)
3415 Vision Drive
Columbus, OH 43219-6009

Chelsea Lumber Company
1 Old Barn Cicle
Chelsea, MI 48118

Chornoby Carpentry & Building Co.
27835 West 13 Mile Road
Farmington Hills, MI 48334-3313

CitiBank (SD), NA-Staples Commercial
Customer Service Center
PO Box 6500
Sioux Falls, SD 57117-6500

Clear View Sunrooms of SE MI
5245 Jackson Road
Suite F
Ann Arbor, MI 48103-1870

Clear View Sunrooms of SE MI
6055 Jackson Road
Ann Arbor, MI 48103

Clear View Sunrooms of SE MI
6055 Jackson Road
Suite 1
Ann Arbor, MI 48103

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Clipper Magazine, LLC
c/o Law Offices of Joseph H. Powalowski
721 E Madison, Suite 200
Villa Park, IL 60181

Commercial Concepts & Design
Attn: John Winn
5277 Jackson Rd
Suite B
Ann Arbor, MI 48103-9806

CRG Directories
PO Box 305
Eaton Rapids, MI 48827

The Daily Telegram
133 N Winter Street
Adrian, MI 49221

Deluxe Business Checks
P.O. Box 742572
Cincinnati, OH 45274

Dennis W. Berry & Associates
American Institute of Building Design
136 Pleasa...??????

Department 77914
UofM Hospitals & Health Centers
PO Box 77000
Detroit, MI 48277-0914

Department Stores National Bank
Customer Service
P.O. Box 18008
Hauppauge, NY 11788-8808

Downriver Refrigeration Supply Co.
38170 N Executive Drive
Westland, MI 48185-1972

DSNB/Macy's
c/o Omni Credit Services of Florida, Inc
PO Box 23381
Tampa, FL 33623

Encore Receivable Management
400 N Rogers Road
PO Box 3330
Olathe, KS 66063-3330

Encore Receivable Management, Inc.
PO Box 47248
Oak Park, MI 48237

Equitable Ascent Financial, LLC
5 Revere Drive, Ste. 510
Northbrook, IL 60062-1570

Exxon Mobil/Citibank
Customer Inquiry
PO Box 6497
Sioux Falls, SD 57117

Fifth Third Bank
MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263

Fifth Third Bank
Customer service MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263-0001

First Collection Services
10925 Otter Creek E Blvd
Mabelvale, AR 72103-1661

Ford Motor Credit
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153-7901

Ford Motor Credit Company
PO Box 105704
Atlanta, GA 30348

GE Capital Financial, Inc.
PO Box 981064
El Paso, TX 79998-1064

GE Money Bank
PO Box 103104
Roswell, GA 30076

GE Money Bank (Lowe's)
PO Box 981064
El Paso, TX 79998-1064

GE Money Bank / Jewelry Express
(Billing Inquiries)
PO Box 981438
El Paso, TX 79998-1438

GEMB / Lowes
Bankruptcy Department
PO Box 103104
Roswell, GA 30076

GLS Companies
6845 Winnetka Circle
Minneapolis, MN 55428

GMAC
Account Inquiry
P.O. BOX 380901
Minneapolis, MN 55438-0901

Henry Ford
PO Box 550115
Detroit, MI 48255-0115

Heritage Newspapers
One Heritage Place, Suite 100
Southgate, MI 48195

HSBC Bank Nevada, N.A.
c/o Shermeta Adams & VonAllmen, P.C.
PO Box 5016
Rochester, MI 48308

HSBC Bank/Best Buy
Account Inquiries
PO Box 15298
Wilmington, DE 19850-5298

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
SBSE/Insolvency Unit
PO Box 330500, Stop 15
Detroit, MI 48232

Law Office of George Gusses Co.
33 S Huron Street
Toledo, OH 43604-8705

Law Offices of James A. West, P.C.
6380 Rogerdale Road, Suite 130
Houston, TX 77072-1624

LDG Financial Services, LLC
7001 Peachtree Industrial Blvd
Suite 320
Norcross, GA 30092

Leading Edge Recovery Solutions LLC
5440 N. Cumberland Ave.
Suite 300
Chicago, IL 60656-1490

Leading Edge Recovery Solutions, LLC
PO Box 129
Linden, MI 48451-0129

Lee Wholesale Supply
c/o CTC Resources, LLC
56 Perimeter Center East
Atlanta, GA 30346

Lowe's
GE Money Bank
Attn: Bankruptcy Dept
PO BOX 103104
Roswell, GA 30076

Michigan Department of Treasury
Collection/Bankruptcy Unit
PO Box 30168
Lansing, MI 48909

MMRG
991 Oak Creek Drive
Lombard, IL 60148-6408

Monthly Shoppers
1203 N Milford Road
Milford, MI 48381

National City
PO Box 856153
Louisville, KY 40285-6153

National City
Customer Service
LOC#16-0928
P.O. Box182354
Columbus, OH 43218-2354

National City
PO Box 5570
Cleveland, OH 44101-0570

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
PO Box 4909
Dept. 22
Trenton, NJ 08650-4909

Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, NJ 08130

Newcomers Welcome Service
900 Victors Way, Ste. 200
Ann Arbor, MI 48108

Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439

Northstar Location Services, LLC
Attn: Financial Services Dept.
4285 Genesee St.
Cheektowaga, NY 14225-1943

Oakland Press
c/o John F. Muller, Jr., Esq.
33233 Woodward Avenue
Birmingham, MI 48009

Oakland Press
Muller, Muller, Richmond, Harms & Myers
33233 Woodward
Box 3026
Birmingham, MI 48012-3026

Observer & Eccentric & Mirror
36251 Schoolcraft
Livonia, MI 48150

Ole Town Plumbing Company
3880 Trade Center Drive
Ann Arbor, MI 48108

Oxford Management Services
P.O. Box 1991
Southgate, MI 48195

Oxford Management Services
4180 Okeechobee Road
Fort Pierce, FL 34947

Pitney Bowes
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042

Pitney Bowes Bank
c/o Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632

Pitney Bowes Global Fin. Serv.
c/o LTD FInancial Services, LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Polo Fields Golf & Country Club
5200 Polo Fields Drive
Ann Arbor, MI 48103

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266-6510

Quill Corporation
c/o Goodwin & Bryan, LLP
PO Box 26094
Cleveland, OH 44126-3162

Recycle Ann Arbor
c/o Leikin Ingber & Winters, PC
3000 Town Center, Suite 2390
Southfield, MI 48075-1387

Richard Brothers Properties, LLC
4720 Clear Lake Shore Drive
Grass Lake, MI 49240-9240

RMS
1250 E Diehl Road, Ste. 300
PO Box 3100
Naperville, IL 60563

Scio Township Treasurer
827 N Zeeb Road
Ann Arbor, MI 48103

Secura Insurance/COMMERCIAL
c/o Slater Tenaglia Fritz & Hunt, P.A.
PO Box 5476
Mount Laurel, NJ 08054

Siding World
30625 W Eight Mile Road
Livonia, MI 48152

Spirit Airlines
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

SRA Associates, Inc.
401 Minnetonka Rd.
Hi Nella, NJ 08083

SRA Associates, Inc.
Dept. 1607
PO Box 4115
Concord, CA 94524

Staples
500 Corporate Drive
Framingham, MA 01702

Staples Credit Plan
Dept. 51 - 7819456632
PO Box 689020
Des Moines, IA 50368-9020

Tri-County Urologists
25500 Meadowbrook Road
Suite 225
Novi, MI 48375

United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072

United Recovery Systems, LP
PO Box 722910
Houston, TX 77272-2910

US Bank
Cardmember Service
PO Box 790084
Saint Louis, MO 63179-0084

Valentine & Kerbartas, Inc.
PO Box 325
Lawrence, MA 01842-0625

Valentine & Kerbartas, Inc.
PO Box 5804
Troy, MI 48007-5804

Verizon Wireless
Customer Service
777 Big Timber Road
Elgin, IL 60123

Victoria's Secret
P.O. Box 659725
San Antonio, TX 78265-9725

Waste Management of Michigan
c/o RMS
4836 Brecksville Road
PO Box 523

Weltman Weinberg & Reis Co., LPA
323 W Lakeside Ave., Ste. 200
Cleveland, OH 44113-1099

WFNNB - Victoria's Secret
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Yellow Book
PO Box 14482
Des Moines, IA 50306-3482

Yellow Pages Connect
5540 Centerview Drive, #200
Raleigh, NC 27605

Yellow Transportation, Inc. (YRC, Inc.)
c/o Law Offices of FitzGerald & Bemis
6942 Ed Perkic Street, Suite B
Riverside, CA 92504