UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Robert C. Clark

Debtor

Case No.: 11-43416-MBM
Chapter: 7
Hon: Judge Marci B McIvor

STATEMENT OF CREDITOR ALLY FINANCIAL
REGARDING CORPORATE OWNERSHIP

[ X ] The following entities directly or indirectly own 10% or more of any class of the above creditor's equity interest:

Name: U.S. Treasury Department
Address: 1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

[ ] There are no entities that directly or indirectly own 10% or more of any class of the above creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2011

Signature of Authorized Individual For
Ally Financial
E. Paymah
Print Name
Agent
Title